PATHE EXCHANGE, INCORPORATED, RESPONDENT, v. COURT OF COMMON PLEAS OF HUDSON COUNTY ET AL., APPELLANTS.

Argued October 28, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 652.

For the respondent, *Edwards & Smith* and *Walter L. Glenney.*

For the appellants, *Kent & Kent.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.